IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT DIVISION

DOMINIQUE JACQUEZ SANDERS                                                         PLAINTIFF

v.                                      CASE NO. 2:21-CV-2207

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION                                                    DEFENDANT

### ORDER

The Court has received proposed findings and recommendations (Doc.20) from United States Magistrate Judge Mark E. Ford . There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this February 16, 2023.

/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE